**Order entered November 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00505-CV

### WENG ONG, Appellant

### V.

### ARMANDO FERRER GUZMAN AND ROCIO HERNANDEZ IBARRA,
### Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00005-C**

### ORDER

Before the Court is appellant's November 14, 2022 second motion for extension of time to file her brief. Appellant explains the extension is necessary because the clerk's record is incomplete and informs the Court that she has requested two supplemental clerk's records.

We **GRANT** the motion. We **ORDER** Dallas County Clerk John F. Warren to file, no later than November 23, 2022, the supplemental clerk's records

appellant requested on November 14, 2022 and **RESET** the deadline for appellant's brief to December 9, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE